IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO.: 14:14-cv-02775 |
| v. | ) ) ) | |
| WASTE CONNECTIONS, INC. | ) ) ) | |
| Defendant. | ) ) | |

### AGREED MOTION TO ENTER CONSENT DECREE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Waste Connections, Inc., and hereby move that the Court sign and enter the Consent Decree which is filed concurrently with this motion. In support of this motion, the parties would show as follows:

1. Plaintiff EEOC and Defendant Waste Connections, Inc., have negotiated a resolution to this lawsuit.

2. The action at bar alleged an ADA cause of action for discrimination based upon association with a disabled person. The purposes of the ADA will be furthered by entry of the Consent Decree.

3. The Consent Decree, if entered by the Court, will resolve to the satisfaction of these parties all the issues raised in this suit. EEOC and Waste Connections, Inc., therefore request the Court to approve the Consent Decree.

Respectfully submitted,

| | |
|---|---|
| s/ James W. Allen | s/ Kurt Peterson |
| James W. Allen | Kurt Peterson |
| Georgia Bar No. 016075 | Georgia State Bar No. 574408 |
| Equal Employment Opportunity | kpeterson@littler.com |
|     Commission | LITTLER MENDELSON, P.C. |
| 7391 Hodgson Memorial Drive | 3344 Peachtree Road N.E., Suite 1500 |
| Savannah, Georgia  31406 | Atlanta, Georgia 30326-4803 |
| james.allen@eeoc.gov | 404.233.0330 |
| 912-920-4486 | 404.233.2361 (Fax) |
| Fax: 912-652-4248 | |

Case 4:14-cv-02775   Document 22   Filed in TXSD on 07/13/15   Page 3 of 3

## **CERTIFICATE OF SERVICE**

I hereby certify that document was filed through the Court's ECF system, and through that system should be served on the following:

Kurt Peterson
Littler Mendelson, P.C.
3344 Peachtree Road, NE
Suite 1500
Atlanta, GA  30326
kpeterson@littler.com

/s/ James W. Allen
James W. Allen
Georgia Bar No. 016075
Equal Employment Opportunity
     Commission
7391 Hodgson Memorial Drive
Savannah, Georgia  31406
james.allen@eeoc.gov
912-920-4486
Fax: 912-652-4248

3